# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re _Tiffany Jackson_  Case No. _12-33277_

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. _Not comply with order for filing_

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _306_ on or before _9/21/12_

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _9/7/12_

BY THE COURT:

_[signature]_
United States Bankruptcy Judge
SEP 07 2012

In re: **Tiffany R. Jackson**
Bankruptcy No. **12 B 33277**

## CERTIFICATE OF SERVICE

I, Deborah Smith certify that on September 07, 2012, I caused to be mailed by United States first class mail copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Deborah Smith, Courtroom Deputy

### Electronic Service through CM/ECF System

Trustee
Joseph A. Baldi
Baldi Berg & Wallace, Ltd
19 S. LaSalle St., Ste 1500
Chicago, IL 60603

U.S. Trustee
**Patrick S Layng**
**Office of the U.S. Trustee, Region 11**
**219 S Dearborn St**
**Room 873**
**Chicago, IL 60604**

### Service by U.S. First Class Mail

**Debtor**
**Tiffany R. Jackson**
**4750 S. Michigan**
**Chicago, IL 60615**